**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CONTINENTAL AIRLINES, INC. 401(k)
SAVINGS PLAN,

 *Plaintiff*,

   v.

BRENDA ALMODOVAR-ROMAN, et al.,

 *Defendants*.

**Civil Action No. 16-5766**

**ORDER**

**THIS MATTER** having come before the Court by way of Plaintiff Continental Airlines, Inc. 401(k) Savings Plan's motion for default judgment against Defendants Brenda Almodovar-Roman, ECF No. 14;

And for the reasons stated in the accompanying opinion;

**IT IS** on this 24th day of May, 2018,

**ORDERED** that Plaintiff Continental's motion for default judgment, ECF No. 14, is **DENIED** without prejudice; and it is further

**ORDERED** that Continental shall file a revised motion for default judgment within **thirty days** of this Order.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**